UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number:  23-21852-CIV-MARTINEZ-SANCHEZ**

BRUCE JAE POLANSKY

     Plaintiff,

v.

DEFENDANT 1 a/k/a ALICE LI and JOHN
DOES 1-20,

     Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

     **THIS MATTER** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Final Default Judgment ("Motion"), (ECF No. 14). (ECF No. 15.) Judge Sanchez filed an R&R recommending that the Motion be denied without prejudice. (ECF No. 16.) The Court has reviewed the entire file and record, and notes that no objections have been filed.

     Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Sanchez's R&R, (ECF No. 16), is **AFFIRMED** and **ADOPTED**.  Further, it is:

     **ADJUDGED** that Plaintiff's Motion, (ECF No. 14), is **DENIED** without prejudice as set forth in the R&R.

     **DONE AND ORDERED** in Chambers in Miami, Florida, this 19 day of March, 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
All Counsel of Record